# United States District Court
# District of Massachusetts

**ALEX LALOS**

PLAINTIFF

v.

**CITY OF SPRINGFIELD**

DEFENDANT

CIVIL ACTION NO.: 3:12-CV-30213

### DEFENDANT, CITY OF SPRINGFIELD'S
### MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, City of Springfield, and hereby moves this court to GRANT the Defendant's Motion for Summary Judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56(a). The Defendant claims there are no genuine issues of material fact and that they are entitled to summary judgment as a matter of law.

As grounds thereon, the Defendant relies on the attached Memorandum of Law in Support of this Motion and the attached exhibits thereto.

Wherefore, this Court should grant the Defendant's Motion for Summary Judgment.

*DENIED for the reasons stated in open court.*

*Michael O. Ponsor USDJ*

*5.14.14*